# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146412

STEPHEN KWAME BONSU,
      Plaintiff-Appellant,

v

OCWEN LOAN SERVICING, L.L.C., f/k/a
SAXON MORTGAGE SERVICES,
      Defendant-Appellee.

SC: 146412
COA: 307638
Wayne CC: 11-000267-CH

_____/

      On order of the Court, the application for leave to appeal the November 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325